# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGELA L. YBARRA, | 2:10-CV-01642-PMP-LRL |
| Plaintiff, | |
| vs. | **RECUSAL ORDER** |
| OCWEN LOAN SERVICING, LLC | |
| Defendant. | |

The above entitled matter has been assigned to the U.S. District Judge by the Clerk of Court. With good cause appearing,

U.S. District Judge Philip M. Pro hereby recuses himself from this case and **IT IS ORDERED that** this matter is referred to the Clerk of Court for reassignment to another U.S. District Judge.

DATED: October 27, 2010.

_____
PHILIP M. PRO
United States District Judge